IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-cr-00311-DME
Related Case 11-cv-01536-DME

UNITED STATES OF AMERICA,

v.

LESTER EUGENE FOWLER,

    Movant.
_____

**FINAL JUDGMENT**
_____

    Pursuant to and in accordance with the Order entered by the Honorable David M. Ebel, U.S. Circuit Court Judge, on September 11, 2012, the following Final Judgment is hereby entered:

    It is ORDERED that Mr. Fowler's request to hold the record open for additional evidence is DENIED. It is

    FURTHER ORDERED that Mr. Fowler's motion under 28 U.S.C. § 2255 is DENIED with prejudice. It is

    FURTHER ORDERED that the corresponding civil action is closed.

    Dated at Denver, Colorado this   12th   day of September, 2012.

                                FOR THE COURT:

                                JEFFREY P. COLWELL, CLERK

                                By: s/ Edward P. Butler
                                    Edward P. Butler, Deputy Clerk