**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 10-cr-00311-DME
Civil Action No.13-cv-01724-DME

UNITED STATES OF AMERICA,

v.

LESTER EUGENE FOWLER,

    Movant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, the following Final Judgment is hereby entered.

Pursuant to the Order Denying 28 U.S.C. § 2255 Motion [Docket No. 160] of Senior Circuit Judge David M. Ebel entered on September 25, 2013 it is

**ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Doc. # 159], filed on September 11, 2013.

  Dated at Denver, Colorado this 26th day of September, 2013.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              s/Kathy Preuitt-Parks
                              Kathy Preuitt-Parks
                              Deputy Clerk